# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| KENYA ROSHAY GREEN, | |
| Plaintiff, | CIVIL ACTION NO.: 620-cv-59 |
| v. | |
| CORPORAL R.M. SOWELL; and RUSSELL WATERS, | |
| Defendants. | |

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's September 17, 2020, Report and Recommendation, (doc. 6), to which no objections have been filed. Plaintiff was ordered to complete and return the Prisoner Trust Account Statement and Consent to Collection of Fees from Trust Account forms within 14 days of the Court granting *in forma pauperis* status. (Doc. 3). He was also advised that the failure to comply with the Court's order would result in a recommendation by the Magistrate Judge that the case be dismissed. (Id.). Plaintiff has failed to return the forms as directed. Therefore, the Court **ADOPTS** the Report and Recommendation as its opinion. The complaint is **DISMISSED WITHOUT PREJUDICE** and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 18th day of December, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA