AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KENYA ROSHAY GREEN,

Plaintiff,

v.

CORPORAL R.M. SOWELL; and RUSSELL WATERS,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:20-cv-59

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order dated December 18, 2020, adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of this Court, judgment is hereby entered dismissing Plaintiff's complaint without prejudice. This case stands closed.

Approved by: _____

December 30, 2020
Date

John E. Triplett, Acting Clerk
Clerk

(By) Deputy Clerk

GAS Rev 10/2020